UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAOUL BENNETT,<br><br>    Plaintiff,<br><br>    v.<br><br>LEAD INFO STREAM INC., et al.,<br><br>    Defendants. | Case No.  15-mc-80088-JSC<br><br>**ORDER**<br><br>Re: Dkt. No. 1 |

Presently before the Court is non-party Quinstreet Media, Inc.'s motion to quash a subpoena that Plaintiff Raoul Bennett issued in a civil action (the "Action") now pending in the Southern District of California.  (Dkt. No. 1.)  The subpoena commands Quinstreet's appearance at a deposition and requires Quinstreet to produce confidential documents relating to its business.  (*Id.* at 2.)  Quinstreet contends that the subpoena must be quashed because it seeks discovery of information unrelated to issues in the Action.  (*Id.*)  It is hereby ORDERED that Plaintiff shall file by Tuesday, **April 7, 2015**, a response to the motion setting forth why the subpoena should not be quashed.  Quinstreet may file a reply by Friday, **April 10, 2015**.

**IT IS SO ORDERED.**

Dated: April 2, 2015

*[signature: Jacqueline Scott Corley]*

JACQUELINE SCOTT CORLEY
United States Magistrate Judge